Maynard N. Clement, as State Commissioner of Excise of the State of New York, Plaintiff, v. Seventeen Casks of Cider and Divers Other Liquors (Joseph May, answering), Defendant.— Motion denied.

Oscar R. Conklin, Respondent, v. New York, Ontario and Western Railway Company, Appellant.— Motion denied.

Margaret C. Curley, as Administratrix, etc., of Patrick J. Curley, Deceased, Respondent, v. Benjamin O. Brewster and Frank B. Abbott, Appellants.— Case allowed to pass the term.

George S. Kidder, Appellant, v. Port Henry Iron Ore Company of Lake Champlain, and Lake Champlain and Moriah Railroad Company, Respondents. — Order affirmed, with ten dollars costs and disbursements. All concurred.

Charles H. Mosier v. Weil-Haskell Company.— Motion denied.

In the Matter of the Application of Julia R. Robinson and Others for Administration with the Will Annexed of Frances C. Robinson, Deceased.— Motion granted upon the ground that no legal decree has been entered, with leave to either party to apply to the surrogate to make and sign proper findings upon which a decree can be entered.

In the Matter of the Application of Andrew J. Rodgers, a Former Bankrupt, Appellant, to Have Certain Judgments Entered and Docketed against Him by The National Wall Paper Company and Others, Canceled and Discharged of Record. The People's Bank Building, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred. Houghton, J., not sitting.

William Martin, an Infant, by Hermine Martin, His Guardian ad Litem, Appellant, v. Walker & Williams Manufacturing Company, Respondent.— Order amended *nunc pro tunc* so as to show that the judgment and order were reversed upon questions of law only and that the court having considered the facts found no error in the determination thereof.

In the Matter of the Summary Proceedings by Schuyler C. Phillips, Respondent, v. Elizabeth J. Hogan, Appellant.— Motion denied.

The People of the State of New York ex rel. The Metropolitan Street Railway Company, Appellant, v. The State Board of Tax Commissioners, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

The People of the State of New York, Respondent, v. Albert J. Beard, Appellant.— Judgment and order affirmed. All concurred.

The People of the State of New York ex rel. William E. Leonard and Others v. The Public Service Commission, Second District; Dexter and Northern Railroad.— Decision reserved until hearing of argument on certiorari.

Gertrude M. Stickles and Others v. Wilbur Miller and Others.— Motion granted unless within twenty days from the service of a copy of this order and notice of entry thereof the appellant serves his papers upon appeal and pays to the respondent ten dollars costs, in which case motion denied, without costs.

Mary Wallace, Appellant, v. Patrick H. Wallace, Respondent.— Order discontinuing alimony reversed, with ten dollars costs and disbursements, and motion to discontinue alimony denied. All concurred, except Cochrane, J., dissenting.